UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CURTIS ALEXANDER, ON HIS OWN
BEHALF AND OTHERS SIMILARLY
SITUATED,

                    Plaintiffs,

-vs-                                                    Case No.  6:07-cv-1322-Orl-28DAB

BAY TOWERS DEVELOPMENT, LLC,
DAVID HOURI,

                    Defendants.

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement (Doc. No. 15) filed January 11, 2008.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed January 16, 2008 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Joint Motion for Approval of Settlement Agreement (Doc. No. 15) is **GRANTED**.

3.      This case is dismissed with prejudice.

4.    The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of February, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party